## HIPSKIND *v.* WHEELER.

[No. 13,063. Filed January 4, 1929. Rehearing denied May 8, 1929.]

*Lucas & Spencer* and *H. N. Hipskind*, for appellant.
*Fred H. Bowers, Milo N. Feightner* and *Lee M. Bowers*, for appellee.

PER CURIAM.—Judgment affirmed.

## STATE OF INDIANA *v.* McCOY.

[No. 13,683. Filed May 15, 1929.]

*Arthur L. Gilliom*, Attorney-General, and *Virgil E. Whitaker*, Deputy Attorney-General, for the State.

*William E. Stilwell, Daniel Ortmeyer, John W. Spencer, Jr., William D. Hardy, Edward A. Lorch, Philip Gould* and *Edwin C. Henning*, for appellee.

NEAL, J.—Affirmed, on authority of *State* v. *McCoy* (1929), *ante* 330, 166 N. E. 547.

## CITY OF GOSHEN *v.* SMITH, RECEIVER.

[No. 13,420. Filed May 17, 1929.]

*Aldo J. Simpson*, for appellant.

PER CURIAM.—Judgment affirmed.